UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TINIKA SECAL WARREN, | Case No.2:25-CV-1713 JCM (EJY) |
| Plaintiff(s), | |
| v. | ORDER |
| JAY WAYNE JENKINS, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Elayna J. Youchah's report and recommendation ("R&R"). (ECF No. 4). She recommends that plaintiff Tinika Warren's complaint be dismissed with prejudice. (ECF No. 1-1).

No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Youchah's R&R (ECF No. 4) be, and the same hereby is, ADOPTED, in full.

IT IS FURTHER ORDERED that this case be DISMISSED with prejudice.

DATED November 19, 2025.

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -